**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Phillip Salvatore ZANGHI, II,
Defendant—Appellant.**

**No. 05–50643.**

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 9, 2006.\*

Decided Jan. 19, 2006.

Becky S. Walker, Esq., Sarah J. Heidel, Esq., Office of the U.S. Attorney Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

James H. Locklin, Esq., Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before: HUG, O'SCANNLAIN, and SILVERMAN, Circuit Judges.

MEMORANDUM \*\*

Phillip Salvatore Zanghi, II appeals from the two-year sentence imposed after the revocation of his term of supervised release.

608

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Zanghi has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. A pro se supplemental brief and an answering brief have been filed.

Our examination of the briefs and independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no grounds for relief.

Counsel's motion to withdraw is GRANTED, and the district court's judgment is AFFIRMED.